FILED

07/25/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0283

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0283

_____

IN RE THE MARRIAGE OF:

BRAXTON GREENLOW,

      Petitioner and Appellee,

  and

TARA LOSINSKI,

      Respondent and Appellant.

                          O R D E R

_____

Counsel for the parties have filed a joint motion to extend the mediation deadline and to hold the briefing schedule in abeyance pending filing of the mediator's report. Good cause appearing,

IT IS HEREBY ORDERED that the extension is GRANTED and the briefing schedule is hereby held in abeyance. Appellant's opening brief shall be due 30 days after the mediator's report is filed.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 25 2023